IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TESS MCDONALD**                                                                              **PLAINTIFF**

**V.**                                                           **CIVIL ACTION NO.:** 3:22-cv-127-HTW-LGI

**MCCLAIN SONICS, INC.**                                                      **DEFENDANT**

## COMPLAINT
## JURY TRIAL DEMANDED

**COMES NOW** Plaintiff, Tess McDonald, and brings this action against her former employer, Defendant, McClain Sonics, Inc. As more specifically set forth below, Plaintiff has been subjected to FMLA interference in the terms and conditions of her employment with Defendant. The actions of the Defendant constitute willful violations of the Family and Medical Leave Act of 1993, as amended, and ERISA.

## THE PARTIES

1. Plaintiff, Tess McDonald, is an adult female resident of Hinds County, Mississippi.

2. Defendant, McClain Sonics, Inc., is a Mississippi Corporation licensed to do business in the State of Mississippi that may be served with process through its registered agent: Ronald G. McClain, 425 Christine Drive, Ridgeland, Mississippi 39157.

## JURISDICTION

3. This Court has federal jurisdiction for actions that arise under the Family and Medical Leave Act of 1993 (FMLA) and ERISA.

4. This Court has personal and subject matter jurisdiction over the Defendant

and venue is proper in this Court.

## STATEMENT OF FACTS

5. Plaintiff, Tess McDonald, is a 22-year-old female resident of Hinds County and Terry, Mississippi.

6. Defendant hired Plaintiff on April 15, 2016, as a Carhop at McClain Sonics, Inc (MSI).

7. Over time, Plaintiff was promoted to the position of Cook, then Assistant Manager, and finally around June 2018 to the position of Assistant General Manager.

8. There were well over 50 employees working for MSI within a 75-mile radius of where Plaintiff worked.

9. Moreover, Plaintiff had worked over 1,250 hours during the year prior to her termination.

10. During May 2020, Plaintiff discovered she was pregnant.

11. During May 2020, Plaintiff informed General Manager Billie Thornton and Supervisor Wendi Brown that she (Plaintiff) was pregnant.

12. Plaintiff stated that when she delivered her baby, she would need to take some time off (i.e., maternity leave), but no mention of FMLA leave was offered to her.

13. Around May or June 2020, Ms. Thornton informed Plaintiff that she was demoted due to her "declining health".

14. This statement evidently was a reference to Plaintiff's status as pregnant and her need to attend pre-natal medical appointments.

15. The demotion allowed Plaintiff's hourly pay rate to remain the same, however she no longer received the monthly bonus she had previously been receiving, i.e., approximately $1000 per month.

16. On November 30, 2020, Plaintiff went into pre-term labor and was rushed to the hospital to deliver her baby.

17. That same day, Defendant terminated Plaintiff from her employment and her health insurance coverage was abruptly cut off.

18. Defendant gave no stated reason for Plaintiff's unwarranted termination.

## CAUSES OF ACTION

## COUNT I: VIOLATION OF THE FMLA - INTERFERENCE

19. Plaintiff incorporates by reference all preceding facts as set forth in Paragraphs 1 through 18.

20. It is unlawful for any employer to interfere with, restrain, or deny the exercise of or the attempt to exercise, any right provided under the FMLA.

21. Defendant willfully and intentionally interfered with Plaintiff's right to properly utilize leave to which she was clearly entitled under the FMLA for childbirth.

22. As a result of Defendant's interference with Plaintiff's rights to take leave pursuant to the FMLA described above, Plaintiff has suffered and continues to suffer significant lost pay and benefits.

23. The willful conduct of Defendant is evidenced by a consciously indifferent attitude towards employee's rights under the FMLA. As a result of this conduct, liquidated damages should be assessed against Defendant.

24. Plaintiff also seeks all other relief, at law or in equity, to which she may

show herself justly entitled.

## COUNT II - VIOLATION OF ERISA

25. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 24 above as if fully incorporated herein

26. Defendant unlawfully discriminated against Plaintiff and discharged Plaintiff who was a participant in Defendant's health and welfare plans, thus intentionally interfering with Plaintiff's ERISA protected rights.

27. By terminating Plaintiff for taking leave, Defendant was intentionally discriminating against Plaintiff and interfering with Plaintiff's ERISA protected rights.

28. Such actions constitute of violation of Section 510 of ERISA and entitle Plaintiff to reinstatement, including retroactive reinstatement of all health and welfare benefits, back pay, a set off and/or surcharge, and attorney fees.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFF RESPECTFULLY PRAYS** that the Court cause service to issue in this cause upon the Defendant and that this matter be set for trial. Upon trial by jury thereon, Plaintiff prays that the following relief be granted:

1. Back wages and reinstatement; or
2. Future wages in lieu of reinstatement;
3. Tax gross-up with all make-whole relief;
4. Liquidated damages;
5. Lost benefits;
6. Pre-judgment and post-judgment interest;
7. Attorney fees and costs;
8. A surcharge as well as all costs, disbursements, pre-judgment interest, post-judgment interest, expert witness fees and reasonable attorney's fees allowed under ERISA; and

9. Such other relief as the Court deems just and appropriate.

THIS, the 8th day of March 2022.

                        Respectfully submitted,

                        TESS MCDONALD, PLAINTIFF

                        By: /s/Louis H. Watson, Jr.
                             Louis H. Watson, Jr., (MB# 9053)
                             Nick Norris (MB# 101574)
                             Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, Mississippi 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com
Web: www.watsonnorris.com